Carl E. Kingston, Bar #1836
3212 South State Street
Salt Lake City, UT 84115
801-486-1458
cek@ceklawoffice.com
Attorney for Paul E. Kingston

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| Amanda Rae Grant; Jenny Kingston; Jana Nicole Johnson; Julie Ruth Green; Michelle Ruth Michaels; Allison Eames, Priscilla Tucker, Brenda Collins, Katie Martin, and Mary Ann Robinson,<br>Plaintiffs,<br><br>vs.<br><br>Paul Elden Kingston, *et al.*,<br>Defendants. | **DECLARATION OF PAUL E. KINGSTON IN SUPPORT OF MOTION TO QUASH, FOR PROTECTIVE ORDER, AND FOR SANCTIONS**<br><br>Case No.<br>2:24-cv-00155-JCB<br><br>Judge<br>Magistrate Judge Jared C. Bennett |

Paul E. Kingston declares under penalty of perjury that the following statements are true of his personal knowledge.

1. On or about April 12, 2024 I learned from my wife Patty that someone had come to my home and left legal papers for me. When I arrived home I discovered a copy of the Complaint in this action and the attached Summons.

2. Neither Patty, myself, or any other resident of my home, is an officer, agent, managing agent, or general agent of the "Order Bank", "The Office", or "The Century Office", or is otherwise authorized to receive service of process for any such entity.

3. I do not know of any entity known as or using the name "Order Bank" or any variant of that name. I do not know of any entity known as or using the name "The Office" or any variant of that name. I do not know of any entity known as or using the name "The Century Office" or any variant of that name.

1

4. I have personal knowledge of a building located at 53 West Angelo Ave, Salt Lake City, Utah and its occupants. It is an office building where several businesses occupy office space. None of the building's occupants conduct business using any of the names "Order Bank", "The Office", or "The Century Office" or any variant of those names.

5. I have personal knowledge of a building located at 10 Century Park Way, Salt Lake City, Utah and its occupants. It is an office building where several businesses occupy office space. None of the building's occupants conduct business using any of the names "Order Bank", "The Office", or "The Century Office", or any variant of those names.

6. I am the CEO of Davis County Cooperative Society, Inc. (DCCS). I know of my personal knowledge that there is no company, unincorporated association, or other entity in any form, associated with DCCS, that uses the names or is known as the "Order Bank", "The Office", "The Century Office", or any variant of those names.

7. The Complaint that was left with my wife along with the attached Summons lists Order Bank aka the "Office" aka the "Century Office" as a Defendant in this action. I know of my personal knowledge that no such entity as alleged in the Complaint exists.

DATED May 8, 2024.

*Paul E. Kingston*
Paul E. Kingston

## CERTIFICATE OF SERVICE

I certify that on the above date this Motion was served on all parties who have entered their appearance through counsel by e-filing the same with the Court.

*Hayle Sessions*
&lt;name&gt;

2

Case 2:24-cv-00155-AMA-JCB   Document 136   Filed 05/09/24   PageID.410   Page 3 of 4

Case 2:24-cv-00155-JCB   Document 109   Filed 04/15/24   PageID.300   Page 1 of 2
Case 2:24-cv-00155-JCB   Document 84   Filed 04/09/24   PageID.271   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Amanda Rae Grant, et al., <br><br> *Plaintiff(s)* <br> v. <br> Paul Elden Kingston, Sr., et al., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:24-cv-00155-JCB    Patty Kingston

SERVED ON: 4/12/24
DATE: 4/12/24
TIME: 6:25
PLACE: 633 East Mt. Vernon circle
SERVED BY: Nicole Henderson
SIGNATURE: [signature]

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Elden Kingston as officer, agent, managing agent and/or general agent of the Order Bank, aka The Office, aka The Century Office
C/O  Paul Elden Kingston or Patty Kingson or another resident
633 East Mt. Vernon Circle
Murray, UT 84107    (1)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roger H. Hoole (5089)                Jaclyn J. Robertson (11951)
HOOLE & KING, L.C.                   JR LAW GROUP, PLLC
4276 S. Highland Drive               244 West 4860 South
Salt Lake City, UT 84124             Salt Lake City, UT 84107
Telephone: (801) 272-7556            Telephone: (801) 297-8545
rogerh@hooleking.com                 jrobertson@jrlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:  04/09/2024

[signature: Stephanie Garcia]

*Signature of Clerk or Deputy Clerk*

(1)

Case 2:24-cv-00155-JCB Document 109 Filed 04/15/24 PageID.310 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00155-JCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paul Elden Kingston agent/manager of The Order Bank, aka
was received by me on *(date)* 04/12/2024

☒ I personally served the summons on the individual at *(place)* 633 E. Mt. Vernon Ave
on *(date)* 4/12/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/12/24

_____
*Server's signature*

Nicole Henderson
*Printed name and title*

3424 West 1500 North
Vernal, UT 84078
*Server's address*

Additional information regarding attempted service, etc: