# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **AMANDA RAE GRANT, et al.,** | **ORDER** |
| **Plaintiffs,** | |
| **v.** | **Case No. 2:24-cv-00155-AMA-JCB** |
| **PAUL ELDEN KINGSTON; et al.,** | **District Judge Ann Marie McIff Allen** |
| **Defendants.** | **Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to extend the deadline for certain Defendants to respond to Plaintiffs' amended complaint.[2] Based upon the parties' stipulation, for the reasons stated in the motion, and for good cause shown, the court GRANTS the motion. Accordingly, the court hereby orders the deadline to respond to Plaintiff's amended complaint[3] is extended to August 3, 2026, for the following Defendants: Paul Elden Kingston; John Daniel Kingston Sr.; Hyrum Dalton Kingston; David Ortell Kingston; Jesse Orvil Kingston; Jason Ortell Kingston; Rachel Orlean Kingston Young; John Paul Johnson; Jacob Daniel Kingston Jr.; Jacob Ortell Kingston Sr.; Sally Kingston; John Daniel Kingston Jr.; Daniel Charles Kingston; Patricia Kingston; Paul Elden Kingston Jr.; Michelle Afton Michaels; Deborah

---

[1] ECF Nos. 144, 153.

[2] ECF No. 413.

[3] ECF No. 412.

Williams; Jolene Andrews; April McKay; Valerie Martin; Kent William Johnson; American

Digital Systems; American Wellness & Rehab Clinic LLC; Arrow Real Estate Services, Inc.;

Attco Trucking Company, Inc.; Davis County Cooperative Society; Davis County Cooperative

Society, Inc.; Ensign Learning Center, Inc.; Fidelity Funding Company; Fidelity Funding

Company; Four Corners Precision Mfg. Co.; Latter Day Church of Christ; Mitchell &

Associates, LLC; N.W.R. Limited Partnership; Order Bank; Standard Industries, Inc.; United

Fuel Supply L.L.C.; U.P.C., Inc.; Washakie Renewable Energy, LLC; and World Enterprises.

IT IS SO ORDERED

DATED this 12th day of June 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge